In the Matter of the Accounting of FRANK C. GENOVESE, as Executor of MARGUERITE J. METTE, Deceased, Appellant. JOSEPH C. GENOVESE, Attorney for Executor, Appellant; JOHN BOLINGER et al., Respondents.

Submitted November 18, 1948; decided December 3, 1948.

*Daniel W. Ticknor* and *Joseph C. Genovese* for appellants.

*Frederick J. Spender* and *Irving Ginsberg* for John Bolinger, respondent.

*Evelyn P. Luquer, Francis D. Kalosky* and *G. Holbrook Barber, Jr.,* for National Tuberculosis Association, respondent.

*Robert T. Wood,* special guardian, respondent in person.

Order affirmed, with costs to the respondents payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.